Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana
_____ Division

SHERLYN M. ALCAZAR

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SODEXO REMOTE SITES GROUP, L.L.C.
Harvey Gulf Internation Marine, Inc.
Subsea 7 L.L.C.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 24-00111 SECT.U MAG.5
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHERLYN M. ALCAZAR |
| Street Address | 5450 HWY 90, LOT NO. 1 |
| City and County | BAY ST. LOUIS, HANCOCK COUNTY |
| State and Zip Code | MISSISSIPPI 39520 |
| Telephone Number | (504) 478-2483 |
| E-mail Address | sherlynalcazar@gmail.com |

___ Fee pauper
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

- Name: SODEXO REMOTE SITES GROUP, L.L.C.
- Job or Title (if known):
- Street Address: 5749 SUSITNA DRIVE
- City and County: HARAHAN, JEFFERSON PARISH
- State and Zip Code: LOUISIANA 70123
- Telephone Number: (504) 255-1213
- E-mail Address (if known):

Defendant No. 2

- Name: HARVEY GULF INTERNATIONAL MARINE INC.
- Job or Title (if known):
- Street Address: 701 POYDRAS STE 3700
- City and County: NEW ORLEANS, ORLEANS PARISH
- State and Zip Code: LOUISIANA 70139
- Telephone Number: (504) 348- 2466
- E-mail Address (if known):

Defendant No. 3

- Name: SUBSEA 7 L.L.C
- Job or Title (if known):
- Street Address: 3867 PLAZA TOWER DR.
- City and County: BATON ROGUE, EAST BATON ROGUE PARISH
- State and Zip Code: LOUISIANA 70816
- Telephone Number: +1 (713) 430- 1100
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This claim is an admiralty and maritime claim brought in this court pursuant to the General Maritime law, and is specifically designated as such within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff, Ms. Sherlyn M. Alcazar, hereafter referred to as simply the "Plaintiff," alleges action under the general Maritime Law, Longshore and Harbor's Compensation Act (33 U.S.C. : 901, et seq.) and the laws of the State of Louisiana.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. On or about, January 1, 2021, the Plaintiff was employed by the Defendant under the title of "Prep Cook" and performing her required duties aboard a vessel, the "Harvey Intervention," hereafter referred to as the "Vessel" which was owned, operated, or controlled by Harvey Gulf International Marine, L.L.C.

2. At all material times herein the vessel was engaged in commerce on the navigable waters of the United States of America.

3. On or about January 11, 2021, while acting within the course and scope of her employment with the Defendant, the Plaintiff sustained serious and disabling injuries upon her entrance into the area of the Vessel which contained showers due to a lack of non-slip rugs in necessary placements on both sides of the threshold.

4. As a result of the incident described above, hereafter referred to as simply the "incident," the Plaintiff suffered severe and debilitating injuries to her right knee that required surgical treatment to repair a torn meniscus ligament as well as sustaining severe injuries to her back from the impact of the incident.

5. Because of these injuries, the Plaintiff has endured extreme physical and mental pain, suffering and continuing disability.

6. It is alleged, upon information and belief, that the damages and injuries suffered by the Plaintiff were caused by the negligence of the Defendant in the following non-exclusive aspects:

a. Failing to place the appropriate and necessary non-slip rugs on both sides of the entrance to the bathroom area, hereafter referred to simply as the "doorway," as required by the Vessel's own safety guidelines;

b. Failure to provide the Plaintiff with a safe place to work in the Defendant's failure to execute regular safety inspections of any of the restrooms provided by the Defendant for its employees;

c. Any and all other acts of negligence; and/or fault which may be proven at the trial of this matter or discovered prior thereto.

7. Plaintiff asserts further that the Defendant has failed to provide her with maintenance and cure relative to the injuries she has suffered in the incident at issue as payments were preemptively terminated on the 14th day of March 2023.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of the negligence of the Defendant, the Plaintiff alleges and humbly requests this honorable court to recover relief from the Defendant for damages as following:

1. General physical and mental pain and suffering, including but not limited to:
    a. knee pain and resulting surgery,
    b. blood clotting or deep vein thrombosis,
    c. intermittent fecal incontinence.
    d. loss of lifting capabilities,
    e. numbness from belly button to right hip in groin,
    f. 4 seperate periods being bedridden ranging from weeks to over a month, 3 of which resulting in emergency room visits
    g. consistent back and/or knee pain,
    h. overwhelming stress, and resulting rashes and/or hives,
    i. major depressive episodes,
    j. three years of consistent physical pain, and resulting loss of enjoyment of life,
    k. loss of intimacy and companionship,
    l. excessive weight gain due to lack of mobility,

2. Past and continued medical expenses including cost of necessary back surgery;

3. Past and continued loss of wages, until an expected retirement age of 70 years;

4. Loss of maintenance and cure payments due to the Plaintiff after being illegally discontinued on 3/14/2023;

5. Ruined credit as a result of loss of maintenance and cure payments;

6. All present and possible future liens associated with this complaint;

7. All legal expenses, filing and deposition costs, and attorneys' fees;

8. All out-of-pocket costs for medication, travel, and relocation as a result of the incident at issue.

    WHEREFORE, the Plaintiff prays that the named Defendant(s) be served with a certified copy of this complaint for damages, and be duly cited to appear and answer the same; that after all due proceedings are had, that there be judgement rendered in favor of plaintiff, SHERLYN M. ALCAZAR, and against the defendant, SODEXO REMOTE SITES GROUP, L.L.C., for all damages that are reasonable in the premises, together with legal interest and for all costs of these proceedings; and further, for all general and equitable relief which this honorable court deems necessary and proper under these circumstances.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/10/2024

Signature of Plaintiff

Printed Name of Plaintiff   SHERLYN M. ALCAZAR

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**PLEASE SERVE:**

**SODEXO REMOTE SITES GROUP L.L.C**
5749 Sustina Dr.
Elmwood, LA. 70123

**SUBSEA 7 L.L.C**
3867 Plaza Tower Dr.
Baton Rouge, LA. 70816

**HARVEY GULF INTERNATIONAL MARINE INC.**
701 Poydras STE 3700
New Orleans, LA. 70139